FILED by SA D.C.

Jul 14, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **11-80123-CR-HURLEY/VITUNAC**

21 USC 841(a)(1); 841(b)(1)(D);
21 USC 841(b)(1)(C)
18 USC 922(a)(1)(A)
18 USC 923(a)
18 USC 924(a)(1)(D)

UNITED STATES OF AMERICA

v.

FLOYD MAURICE BURRELL,
a/k/a "Black",

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 11, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of marijuana.

## COUNT TWO

On or about February 24, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), more commonly known as "Ecstasy."

## COUNT THREE

On or about February 25, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of marijuana.

## COUNT FOUR

On or about March 16, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of 1-Benzylpiperazine, more commonly known as "BZP".

## COUNT FIVE

On or about March 24, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of N-Benzylpiperazine, more commonly known as "BZP".

## COUNT SIX

Between on or about March 24, 2011, and on or about June 29, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT SEVEN

On or about May 20, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**FLOYD MAURICE BURRELL, a/k/a "Black",**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of 5-Methoxy-N,N-diisopropyltryptamine, a/k/a 5-MeO-DIPT a/k/a "Foxy", a/k/a "Foxy methoxy."

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| FLOYD MAURICE BURRELL<br>a/k/a "Black"<br>             Defendant. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_\_ Miami        \_\_\_ Key West
\_\_\_ FTL   _X_ WPB    \_\_\_ FTP

New Defendant(s)        Yes \_\_\_   No \_\_\_
Number of New Defendants    \_\_\_
Total number of counts        \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect  _____

4. This case will take   _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_          Petty      \_\_\_
   II   6 to 10 days      \_\_\_        Minor      \_\_\_
   III  11 to 20 days     \_\_\_        Misdem.    \_\_\_
   IV   21 to 60 days     \_\_\_        Felony     _X_
   V    61 days and over  \_\_\_

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No.         _____
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the  _____   District of  _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   \_\_\_ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   \_\_\_ Yes   _X_ No

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 178603

*Penalty Sheet(s) attached                                REV 4/8/08

# BOND RECOMMENDATION

**FLOYD MAURICE BURRELL a/k/a "Black"**
Defendant.

<u>PRETRIAL DETENTION</u> is recommended as to defendant.

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>FLOYD MAURICE BURRELL a/k/a "Black"</u>

**Case No**: _____

Counts : 1 and 3

<u>21 USC §§ 841(a)(1) and 841(b)(1)(D)</u>
<u>Distribution of a controlled substance</u>

**\* Max. Penalty**: 0-5 Years Imprisonment; $250,000 Fine; 2 Years to Life Supervised Release

Counts : 2; 4; 5; 7

<u>21 USC §§ 841(a)(1) and 841(b)(1)(C)</u>
<u>Distribution of a controlled substance</u>

**\* Max. Penalty**: 0-20 Years Imprisonment; $1,000,000 Fine; 3 Years to Life Supervised Release

Count : 6

<u>18 USC §§ 922(a)(1)(A); 923(a) and 924(a)(1)(D)</u>
<u>Dealing in Firearms</u>

**\* Max. Penalty**: 0-5 Years Imprisonment; $250,000 Fine; 3 Years Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**